FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 31, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREG WILLIAMS and RACHELUE WILLIAMS, a marital community,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>QUALITY MIDWESTERN HOLDINGS, INC., d/b/a QUALITY SERVICES MOVING, a Virginia corporation, and EDWARD GRAVES,<br><br>　　　　　　　　　　Defendants. | NO: 4:19-CV-5075-RMP<br><br>ORDER OF DISMISAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Settlement Motion for Order of Dismissal with Prejudice, ECF No. 37. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Settlement Motion for Order of Dismissal with Prejudice, **ECF No. 37**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2.   Plaintiffs' Complaint is **dismissed with prejudice** and without fees or costs to any party.

3.   All pending motions, if any, are **DENIED AS MOOT**.

4.   All scheduled court hearings, if any, are **STRICKEN.**

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close** this case.

**DATED** December 31, 2020.

                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                            United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2